1  GREENBERG TRAURIG, LLP
2  GINGER PIGOTT (SBN 162908)
   Email: pigottg@gtlaw.com
3  AMY B. ALDERFER (SBN 205482)
4  Email: alderfera@gtlaw.com
   1840 Century Park East, Suite 1900
5  Los Angeles, California  90067
6  Tel: (310) 586-7700; Fax:  (310) 586-7800

7
8  GREENBERG TRAURIG, LLP
   LORI G. COHEN (GA Bar No. 174455)
9  Email:  cohenl@gtlaw.com
   Terminus 200                                            JS-6
10 3333 Piedmont Road, NE, Suite 2500,
11 Atlanta, Georgia  30305
   Tel:  (678) 553-2100; Fax:  (678) 553-2212
12
13 Attorneys for Defendants Medtronic, Inc. and
   Medtronic Puerto Rico Operations Co.
14

15            **UNITED STATES DISTRICT COURT**

16      **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

17
| | |
|---|---|
| SAMUEL DENNIS LOWE,<br><br>            Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC. a Minnesota corp., MEDTRONIC MED-REL, INC., MEDTRONIC PUERTO RICO OPERATIONS CO., a corp. existing by virtue of the laws of the Cayman Islands, and "John Doe" 1-5 (said names being fictitious, as the true names are presently unknown), in their individual and official capacities,<br><br>            Defendants. | CASE NO.  CV-11-9551-R (DTBx)<br><br>**ORDER GRATING JOINT STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Joint Stipulation Filed Concurrently Herewith]<br><br>Judge:         Hon. Manuel L. Real<br>Date Filed:   November 16, 2011<br>Trial Date:    None |

---

**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE DISMISSAL OF ACTION**
ATL 18642182v2 July 5, 2012

1 | Having considered the parties' Joint Stipulation Re Dismissal Of Action with
2 | Prejudice, the Court hereby orders that this action is dismissed with prejudice.
3 |
4 | **IT IS SO ORDERED.**
5 |
6 |
7 | DATED:  July 13, 2012
          _____
8 |       Honorable Manuel L. Real
          United States District Court Judge

---

1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE DISMISSAL OF ACTION**
*ATL 18642182v2 July 5, 2012*